IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: August 12, 2021 |
| vs. | : | |
| | : | |
| LORETTA BROWN | : | CRIMINAL NO. 18-101-4 |
| 270 Windermere Ave | | |
| Lansdowne, PA 19050 | | |

      **TAKE NOTICE** that the above-entitled case has been set for **CHANGE OF PLEA HEARING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **September 9, 2021** at **1:30 P.M.** before the Honorable Gene E. K. Pratter, in Courtroom 10-B, 10th floor.

      **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

      If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

      Very truly yours,

[NO] INTERPRETER REQUIRED

      Michael Coyle,
      Deputy Clerk to Judge Pratter

      Notice to:
        Defendant
        Susan M. Lin, Esq., Defense Counsel
        Jason P. Bologna, A.U.S.A.
        Mary Kay Costello, A.U.S.A.
        U.S. Marshal
        Probation Office
        Pretrial Services
Cr 4 (rev. 8/97)         Crystal Wardlaw, Interpreter Coordinator

**This proceeding has been rescheduled from:**