IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: September 8, 2021 |
| vs. | : | |
| | : | |
| LORETTA BROWN | : | CRIMINAL NO. 18-101-4 |
| 270 Windermere Ave | | |
| Lansdowne, PA 19050 | | |

### NOTICE OF HEARING

**TAKE NOTICE** that the above-named defendant has been scheduled for **CHANGE OF PLEA HEARING** on **October 5, 2021** at **2:00 P.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.
☒ **Hearing rescheduled from: September 9, 2021**

For additional information, please contact the undersigned.

            Michael Coyle,
            Deputy Clerk to Judge Pratter

       Notice to:
         Defendant
         Susan M. Lin, Esq., Defense Counsel
         Jason P. Bologna, A.U.S.A.
         Mary Kay Costello, A.U.S.A.
         U.S. Marshal
         Probation Office
         Pretrial Services
         Interpreter Coordinator